UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



RECEIVED
2012 NOV 26  AM 10: 09

Lee A. Craft
7467 Nunn Cove
Memphis TN 38125
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO._____

Philips Lightning     NA
3399 East Raines Rd
Memphis TN 38118
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Lee A. Craft
(name of plaintiff)
is a citizen of the United States and resides at 7467 Nunn Cove
(street address)

Memphis           US.              TN
(city)          (country)         (state)

38125                       901-517-6392
(zip code)                  (telephone number)

Revised 4-18-08

3. Defendant __Lee Craft__
(defendant's name)
lives at, or its business is located at __7467 Nunn Cove Memphis TN 38125__
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__3399 East Raines Rd__
(street address)

__Memphis__     __U.S.__         __TN__       __38118__
(city)          (country)        (state)      (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __1__   __25__   __2012__
(day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __07__   __11__   __2011__.
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __10__   __03__   __2011__.
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __8__   __29__   __2012__. (Attach a copy of the notice to
(day)  (month)  (year)
this complaint.)

9. Because of plaintiff's   (1) ___ race, (2) ___ color, (3) _X_ sex, (4) ___ religion,
(5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) _X_ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) ___ _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: gender, deformation of Character by mangeent and Some co-workers, I was fired for showing my write-up as a result of reliation, wrongful termination, bullying by mangement manager Sherry McMurrian and supervisor Rolita Turner I was silenced during pre-shift meeting and speak would not me, I was wrote up by Rolita Turner for the process she had not learned the process for, I couldnt tell the people what to do and I was held accountable for incomplete work. Anytime I contacted HR Palak Dwivedi about my concerns and complaints their was always a backlash from Management. I have copies of my e-mails. When I would request a vacation day (the borad would be clean) Rolita would deny me. I had to take the days they told me. Manage would let people on the floor know about my conversation with HR and they would talk about me or make comments indirctly to me about me.

11. The acts set forth in paragraph 9 of this complaint

   (a) ✓ are still being committed by defendant.

   (b) ___ are no longer being committed by defendant.

   (c) ___ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

   WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ___ Defendant be directed to employ plaintiff, or

   (b) ___ Defendant be directed to re-employ plaintiff, or

   (c) ___ Defendant be directed to promote plaintiff, or;

   (d) ✓ Defendant be directed to Monitary Relief because of stress, anxiety, sleep disorder, lose of appetite, lose of vision and dental benefits for my children,

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (X) No ( )

lose of 8 years of work history because I feel if I use the Company as a reference they will sabotage my chance of gainful employment. I was a dedicated worker. On time every day I would go to work on the weekend shift (and) no one else would do it but they knew I would come in. Also this cause a conflict in my marriage which resulted in brief separation.

_Lee C[signature]_
SIGNATURE OF PLAINTIFF

Revised 4-18-08