```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```
_____

LEE A. CRAFT,                          )
                                       )
    Plaintiff,                         )
                                       )
v.                                     ) No. 2:12-cv-03024-JPM-dkv
                                       )
PHILIPS ELECTRONICS NORTH              )
AMERICA CORPORATION,                   )
                                       )
    Defendant.                         )
                                       )
_____

## JUDGMENT
_____

**JUDGMENT BY THE COURT.**  This action having come before the Court on the Report and Recommendation on Defendant's Motion for Judgment on the Pleadings (ECF No. 22), which was filed on July 8, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting in Part the Report and Adopting the Recommendation (ECF No. 24), the above-captioned case is DISMISSED WITH PREJUDICE and it is CERTIFIED that an appeal will not be taken in good faith.


APPROVED:


/s/ Jon P. McCalla
_____
JON P. McCALLA
CHIEF JUDGE, UNITED STATES DISTRICT COURT

August 19, 2013
_____
Date